Theresa De Grave and Edmund De Grave, Respondents, v. William B. Osgood Field and Douglas G. Trend, Appellants.— Judgment and order reversed and a new trial ordered, with costs to the appellants to abide the event,

---

* Affd., 264 N. Y. ——.

† Motion to dismiss appeal denied, 263 N. Y. 664; affd., 264 id. ——.

unless the plaintiff Theresa De Grave stipulates to reduce the judgment as entered to the sum of $3,171.95; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.